**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Al Capone Distributing, Inc.
                Plaintiff,

v.                                   Case No.: 1:08−cv−04418
                                               Honorable Virginia M. Kendall

C.H. Robinson Worldwide, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. MOTION by Plaintiff Al Capone Distributing, Inc. to remand[8] is denied for the reasons stated in open court. Status hearing held and continued to 12/1/2008 at 09:00 AM. All discovery shall be completed by 11/26/2008. Dispositive motions with supporting memoranda due by 12/19/2008. Responses are to be filed by 1/16/2009. Replies due by 1/30/2009. Court will rule by mail. Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.